LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Gerryl Bennet, and Nicolette Hawkins*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON WILLIAMS, an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; METROPOLITAN POLICE OFFICER BARRNETT, an individual; METROPOLITAN POLICE OFFICER HAWKINS, an individual; PAROLE AND PROBATION OFFICER GARRETT DIX, an individual; DOE OFFICERS 1 through 6; DOE SUPERVISORS 1 through 10; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br>  Defendants. | Case No.:   2:24-cv-00514-MMD-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br> **[ECF No. 12]** <br><br> *First Request* |

Defendants Las Vegas Metropolitan Police Department, Gerryl Bennett, and Nicolette Hawkins (collectively, "LVMPD Defendants"), through their counsel of Kaempfer Crowell, alongside Defendants State of Nevada ex rel. Department of Public Safety, Parole and Probation Division, and Garrett Dix, through the Office of the Attorney General, and Plaintiff Brandon

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3696484_1.docx  6943.305

Page 1 of 2

Williams, though counsel of Wooldridge Law Ltd., stipulate and agree to extend the time for the defendants to file a response to the First Amended Complaint (ECF No. 12), by fourteen days from the current due date of April 19, 2024, thus creating a new due date of May 3, 2024. This request is submitted pursuant to Local Rule IA 6-1 and 6-2 and is the parties' first request for an extension of time regarding responses to the First Amended Complaint.

Good cause exists for this extension. The Defendants' counsel needs additional time to prepare and finalize responses to the First Amended Complaint in light of the additional claims asserted as well as a recently busy litigation schedule in other matters. This Stipulation is sought in good faith and not for undue delay.

| By: */s/ Zachary Clayton* | By: */s/ Jared M. Frost* |
|---|---|
| Nicholas M. Wooldridge | Aaron Ford, Nevada Attorney General |
| Zachary Clayton | Jared M. Frost, Sr. Dep. Attorney General |
| WOOLDRIDGE LAW LTD. | OFFICE OF THE NEVADA ATTORNEY GENERAL |
| 400 South 7th Street, Suite 400 | 555 E. Washington Ave, Ste. 390 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| Telephone: (702) 623-6362 | Phone : (702) 486-3177 |
| nicholas@wooldridgelawlv.com | jfrost@ag.nv.gov |
| zachary@wooldridgelawlv.com | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant Parole & Probation and Officer Garrett Dix*** |

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
***Attorneys for LVMPD Defendants***

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:  April 12, 2024

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3696484_1.docx  6943.305

Page 2 of 2