AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRANDON WILLIAMS,

              Plaintiff,

   v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00514-MMD-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that the Motions to Dismiss (ECF Nos. 23 and 24) are granted. Judgment is hereby entered in favor of Defendants and this case is closed.

12/18/2024
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ DLS
_____
Deputy Clerk